IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ELLEN D. TRUSTY | * |
| v. | * Civil No. JFM-05-1124 |
| STEPHEN D. JONES, ET AL. | * |

\*\*\*\*\*

MEMORANDUM

Plaintiff, Ellen D. Trusty, has appealed from an order of the Bankruptcy Court annulling, *nunc pro tunc*, an automatic stay entered in her bankruptcy proceedings in order to permit appellees to pursue an action for rent in the Circuit Court for Baltimore City, due on the property known as 3901 St. Paul St., Baltimore, Maryland 21218.

The record reflects that the Bankruptcy Court properly considered the factors that should be considered in determining whether to grant leave from an automatic stay. In that regard, the record demonstrates the following: appellant and her spouse had filed multiple previous bankruptcy petitions in an effort to maintain their occupancy of the subject property; appellees had previously sought and obtained relief from the automatic stay entered in the bankruptcy proceedings instituted by appellant's spouse; and appellees detrimentally relied on this relief when pursuing the action for rent in the Circuit Court for Baltimore City.

A separate order affirming the Bankruptcy Court's order is being entered herewith.

Date: _September 20, 2005_

_____
J. Frederick Motz
United States District Judge